1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLIE L. MILLION, | ) | CV F- 02-6368 REC DLB P |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING PLAINTIFF TO |
| | ) | SUBMIT USM-285 FORMS |
| v. | ) | |
| | ) | |
| CORCORAN STATE PRISON, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983.  Pending before the Court is plaintiff's third amended complaint, filed February 24, 2005.  The third amended complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).     Accordingly, IT IS HEREBY ORDERED that:

          1.  Service is appropriate for the following defendants:  **Wardens Galaza and F.A. Brown**; **Chief Deputy Warden Marshall**; **Associate Warden Stockman**; **Correctional Captains Gonzales, R. Ramos and Lowden**; **Correctional Lieutenants Jones**, **R.A. Decker,** Peterson, **Hoyt, and Vella**; **Correctional Sergeants Jiminez**, **Fresquez**, **Phillip, Smith and Rangel**; **Correctional Officers Rushing**, **LaCrosse**, **Magana**, **Bryant**, **Herrera, Miller, Gutierrez**,

**Landry, Yale, Dihel**, **and Garcia**; **Correctional Counselors Hicinbothom** and **Cervantez**

2.  The Clerk of the Court shall send plaintiff thirty (30) USM-285 forms, thirty (30) summons, an instruction sheet and a copy of the third amended complaint filed February 24, 2005.

3.  Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

> a. Completed summons;
>
> b.  One completed USM-285 form for each defendant listed above; and
>
> c. Thirty-one copies of the endorsed third amended complaint filed Feburayr 24, 2005.

4.  Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.  Plaintiff's failure to comply with this order may result in sanctions, including dismissal of this action.  Local Rule 11-110.


IT IS SO ORDERED.

**Dated:  June 10, 2005**                         **/s/ Dennis L. Beck**
3b142a                                                     UNITED STATES MAGISTRATE JUDGE