UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE LEE MILLION,<br><br>    Plaintiff,<br><br>    v.<br><br>CORCORAN STATE PRISON, et al.,<br><br>    Defendants. | 1:02-CV-6368 REC DLB P<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #23) |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 11, 2005, plaintiff filed a motion to extend time to submit the service documents. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted thirty days from the date of service of this order in which to file his notice of submission together with the service documents.

    IT IS SO ORDERED.

Dated: July 29, 2005      /s/ Dennis L. Beck
3c0hj8                    UNITED STATES MAGISTRATE JUDGE