UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLIE MILLION, | ) | 1:02-CV-6368 REC DLB P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO |
| v. | ) | FINDINGS AND RECOMMENDATION |
| CORCORAN STATE PRISON, et al., | ) ) | (DOCUMENT #30) |
| Defendants. | ) ) ) | |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 31, 2006, plaintiff filed a second motion to extend time to file objections to the magistrate's findings and recommendation filed on October 20, 2005. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted thirty days from the date of service of this order in which to file objections to the magistrate's findings and recommendation.

    IT IS SO ORDERED.

Dated:   February 1, 2006                              **/s/ Dennis L. Beck**
3c0hj8                                                         UNITED STATES MAGISTRATE JUDGE