UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LEE MILLION,<br><br>            Plaintiff,<br><br>     v.<br><br>CORCORAN STATE PRISON, et al.,<br><br>            Defendants. | 1:02-CV-6368 REC DLB P<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #33) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 8, 2006, plaintiff filed a motion to extend time to file objections to the findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his objections.

IT IS SO ORDERED.

Dated:   **March 22, 2006**              **/s/ Dennis L. Beck**
3c0hj8                                              UNITED STATES MAGISTRATE JUDGE