IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE LEE MILLION, | 1:02-CV-6368 REC DLB P |
| Plaintiff, | |
| vs. | ORDER DENYING MOTION |
| CORCORAN STATE PRISON, et al., | DOCUMENTS #35 |
| Defendants. / | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

On October 20, 2005, the Court filed its Findings and Recommendations, and on February 9, 2006, plaintiff submitted his objections. On March 8, 2006, plaintiff filed an additional motion to extend time to file objections to the Court's findings and recommendation, requesting an additional ten days. The Court construed as plaintiff's request as his intent to file a supplement to his objections, and granted plaintiff an additional thirty days extension. On April 21, 2006 plaintiff has again requested an extension. Due to the fact plaintiff's objections were submitted on February 9, 2006, and more than eighty (80) days have lapsed since plaintiff submitted his objections, plaintiff's request for an extension of time is DENIED AS MOOT.

IT IS SO ORDERED.

Dated:   May 1, 2006                            /s/ Dennis L. Beck
3c0hj8                                        UNITED STATES MAGISTRATE JUDGE

1