UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE MILLION, | 1:02-cv-06368-OWW DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc.26) |
| vs. | |
| CORCORAN STATE PRISON, et al., | |
| Defendants. / | |

   Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On October 20, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  After two (2) extension, plaintiff filed objections on February 8, 2006.  He then sought an additional extension to

1

1 supplement his objections.  However, he did not file a
2 supplement.
3     In accordance with the provisions of 28 U.S.C.
4 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
5 de novo review of this case.  Having carefully reviewed the
6 entire file, the Court finds the Findings and Recommendations to
7 be supported by the record and by proper analysis.
8     Accordingly, IT IS HEREBY ORDERED that:
9     1.  The Findings and Recommendations, filed October 20,
10 2005, are ADOPTED IN FULL;
11     2.  Pursuant to 28 U.S.C. § 1915(g), plaintiff's in forma
12         pauperis status is revoked;
13     3.  Plaintiff is ordered to submit the $150.00 filing fee
14         in full within thirty (30) days; and
15     4.  If plaintiff fails to pay the $150.00 filing fee in
16         full within thirty (30) days, this action shall be
17         dismissed, without prejudice.

19 IT IS SO ORDERED.
20 **Dated:   November 22, 2006**             **/s/ Oliver W. Wanger**
   emm0d6                                   UNITED STATES DISTRICT JUDGE

2