IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLIE L. MILLION,**<br><br>                                      Plaintiff,<br><br>         v.<br><br>**CORCORAN STATE PRISON, et al. ,**<br><br>                                      Defendants. | 1:02–CV-6368 OWW DLB P<br><br>**ORDER** |

On March 23, 2007, Defendants filed a request for an extension of time to file a responsive pleading to Plaintiff's Complaint. Defendants seek an extension up to and including April 30, 2007. Good cause appearing, Defendants will have up to and including April 30, 2007, to file a responsive pleading.

IT IS SO ORDERED.

IT IS SO ORDERED.

   **Dated:   March 26, 2007**                    **/s/ Dennis L. Beck**
3c0hj8                                                           UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1