IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLIE L. MILLION,**<br><br>                           Plaintiff,<br><br>          v.<br><br>**CORCORAN STATE PRISON, et al. ,**<br><br>                           Defendants. | 1:02–CV-6368 OWW DLB P<br><br>**ORDER** |

On April 30, 2007, Defendants filed a second request for an extension of time to file a responsive pleading to Plaintiff's Complaint.  Defendants seek an extension of five court days.  Good cause appearing, Defendants will have up to and including May 7, 2007, to file a responsive pleading.

IT IS SO ORDERED.

    Dated:   **May 1, 2007**                             /s/ **Dennis L. Beck**
                                                           UNITED STATES MAGISTRATE JUDGE

[Proposed] Order