UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE LEE MILLION,<br><br>    Plaintiff,<br><br>    v.<br><br>CORCORAN STATE PRISON, et al.,<br><br>    Defendants. | 1:02-CV-6368 LJO DLB PC<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #80) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 5, 2007, plaintiff filed a motion entitled motion to extend. Although it is not clear from the contents of the motion, it appears that plaintiff is requesting an extension of time to file a response to defendant's motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his response to the motion to dismiss.

IT IS SO ORDERED.

Dated:   **June 7, 2007**                    **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE