UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLIE LEE MILLION, | ) | 1:02-cv-6368 LJO DLB PC |
| Plaintiff, | ) ) | SECOND ORDER GRANTING EXTENSION OF TIME |
| v. | ) ) | (DOCUMENT #82, 83) |
| CORCORAN STATE PRISON, et al., | ) ) | |
| Defendants. | ) ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 7, 2007 and July 6, 2007, plaintiff filed motions for extension of time. Again, although it is not clear from the contents of the motion, it appears that plaintiff is requesting an extension of time to file a response to defendant's motion to dismiss (Document 76). Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his response to the motion to dismiss.

IT IS SO ORDERED.

Dated:   **August 17, 2007**            **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE